# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIN J. STANLEY

NO. 2026 KW 0679

**JULY 27, 2026**

---

In Re:    Erin J. Stanley, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2300010.

---

**BEFORE:    PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED AS MOOT.** The records of the Tangipahoa Parish Office of the Clerk of Court reflect that the district court acted on the motion for out-of-time appeal and the motion to appoint appellate counsel on February 4, 2026.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT